JENNIE HOLT, Appellant, v. THE GRAND TEMPLE OF THE IMPROVED BENEVOLENT AND PROTECTIVE ORDER OF DAUGHTERS OF ELKS OF THE WORLD, Respondent.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

UMBERTO FANIA, Respondent, v. RAYMOND MILLS and Another, Defendants, Impleaded with AL. YOUNG and Others, Appellants.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

GRACE HERLIHY, Respondent, v. INDEPENDENCE STATE BANK, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

ELEO SALES CORPORATION, Appellant, v. BOSWORTH ELECTRIC MANUFACTURING COMPANY, etc., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

NEW YORK LIFE INSURANCE COMPANY, Respondent, v. NETTIE B. MOYSE, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

FRANK D. DUFFIELD, Respondent, Appellant, v. LAWSON & MACMURRAY, INC., Appellant, Respondent.— Order affirmed, without costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

OSCAR M. NEWMAN, Appellant, v. DAVID C. BROOKS and Another, etc., Respondents.— Order so far as appealed from reversed, with ten dollars costs and disbursements, and motion granted as to all the items involved on the appeal. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

RUSSELL K. SADLER, Respondent, v. BYRD M. LATHAM and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

NUCOMB BUILDING CORPORATION, Respondent, v. P. & F. GRASSI, INC., Appellant.— Order modified by formulating the question as indicated in order, and as so modified affirmed, without costs. The use of the words " and /or " has no legal significance. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

NOMA ELECTRIC CORPORATION, Respondent, v. MORRIS PROPP and Another, etc., Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

MADELINE MACLEAN, Respondent, v. ARTHUR E. MACLEAN, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

LOUIS GOLDSTEIN, as Administrator, etc., Appellant, v. NEW YORK LIFE INSURANCE COMPANY, Respondent, Impleaded, etc.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

LOUIS GOLDSTEIN, as Administrator, etc., Appellant, v. NEW YORK LIFE INSURANCE COMPANY, Respondent, Impleaded, etc.— Order so far as appealed from